**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO. 8:26-cv-01798-WFJ-AEP**

MELISSA JONES,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,

Defendant.
_________________________________/

# <u>NOTICE OF RELATED ACTION</u>

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

____________________________________________

____________________________________________

____________________________________________

____________________________________________

__X__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF RELATED ACTION upon each party no later than fourteen days after appearance of the party.

DATED: June 25, 2026

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: jason.joffe@squirepb.com

*Counsel for Defendant Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 25, 2026, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ *Jason Daniel Joffe*
Jason Daniel Joffe